IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDERICK KERNER and | : | CIVIL ACTION |
| LINDA DIANE KERNER, h/w | : | |
| | : | |
| v. | : | 02-CV-4728 |
| | : | |
| SIGNODE CORPORATION | : | |

## DEFENDANT'S PRETRIAL DISCLOSURES

**A.    WITNESS LIST**

Michael J. Brown, Signode Corporation

Robert Kresge, Signode Corporation

Janusz Figiel, Signode Corporation

James Franklin, Signode Corporation (via deposition)

Arnold Keith Glenn, Signode Corporation (via deposition)

Willis Hall, Signode Corporation (via deposition)

Michael Marien, Signode Corporation (via deposition)

Michael Putnam, Signode Corporation (via deposition)

Jeddie Stone, Signode Corporation (via deposition)

Daniel Boggs, Signode Corporation (via deposition)

Vance Reneman, Signode Corporation (via deposition)

Dennis Jones, U.S. Steel Corporation

Gary Pirozzola, former U.S. Steel Corporation

Michael Yack, former U.S. Steel Corporation

Dennis Jones, U.S. Steel Corporation

Mark Cebrick, U.S. Steel Corporation

Charles Stoneacker, U.S. Steel Corporation

Frederick Kerner, plaintiff

Linda Diane Kerner, plaintiff

Randall W. Culp, M.D., The Philadelphia Hand Center, 700 S. Henderson Road, Suite 200, King of Prussia, PA 19406

David Pope, Ph.D.
University of Pennsylvania
Material Science
200 LRSM Building, Room 200
3231 Walnut Street
Philadelphia, Pa.  19104-6202

Irene Mendelsohn
1226 Woodbine Avenue
Penn Valley, PA 19072-1243

Gary Barach, CPA CFE
1704 Locust Street
Philadelphia, PA   19103-6107

Dr. Emil Matarese

Custodian of Records of U.S. Steel

Custodian of Records of Yardley Medical

Custodian of Records of Dr. Krajeski

Custodian of Records of Delaware Valley Medical Center

Custodian of Records of University of Pennsylvania Health System Radiology Dept.

Custodian of Records of Jefferson Imaging

Custodian of Records of Dr. Emil Matarese

Custodian of Records of Health South

Custodian of Records of Drs. David and Marc Lamb

Custodian of Records of Dr. Leatherwood

All witnesses identified in plaintiff's Pretrial Disclosures

**B.   EXHIBIT LIST**

1. All expert reports and CV of Dr. David Pope and all exhibits attached thereto and any documents referenced therein.

2. All expert reports and CV of Janusz Figiel and all exhibits attached thereto and any documents referenced therein.

3. All expert reports and CV of Dr. Irene Mendelsohn and all exhibits attached thereto and any documents referenced therein.

4. All expert reports and CV of Gary Barach and all exhibits attached thereto and any documents referenced therein

5. U.S. Steel Fairless Works – Serious Incident w/o Injury Report 7-20-00

6. U.S. Steel Accident Report

7. Signode General Hand Tool & Strapping Safety Manual

8. Signode Operation, Parts & Safety Manual RCD-1431-3431

9. Signode's RCD-1435 Manual Notching Tool

10. E-mail from Mark Cebrick of U.S. Steel to other U.S. Steel Managers dated 7-19-00

11. U.S. Steel report of third turn July 19, 2000, prepared by Mark Cebrick

12. Tool Drawings including but not limited to P253106, P253105 and P020371

13. RCD1431 sealer inspection check list

14. Manual sealer specifications

15. Signode warning sign

16. Earlier version of drawing P-20371 which identified pre-CAD changes

17. Any and all drawings predating the change to computer assisted drawings related to the improvements of the handles on the sealers

18. Design diagram P020371

19. Documentation regarding change order numbers 52320 and 52430

20. Change Orders for tool

21. Anatomical drawings

22. U.S. Steel Employment Records for Frederick Kerner including payroll history

23. Signode Hand Tool Safety Video

24. Video taken by Mr. Clauser at U.S. Steel

25. Photos taken at U.S. Steel by defense counsel and Mr. Clauser

26. Representative tools

27. Damaged tools

28. Four tools examined by Dr. Pope

29. Repair records

30. Defendant's Requests for Admissions directed to plaintiff and plaintiff's responses and supplemental responses thereto

31. Refendant's Interrogatories and Request for Production of Document directed to plaintiff and plaintiff's responses thereto

32. Product drawings

33. All exhibits marked and identified at depositions taken in case

34. All exhibits identified in plaintiffs' Pretrial Disclosures

35. Frederick Kerner Income Tax Returns

36. U.S. Steel Medical Records/File regarding Frederick Kerner

37. All Medical Records attached as Exhibits to Defendant's Request for Admissions to Plaintiff

38. All Records of U.S. Steel regarding Frederick Kerner's accidents at U.S.Steel

39. ASM Metals Handbook, 1996 Edition, Volume 19.

                                          **WHITE AND WILLIAMS LLP**

By: _____
      James J. Donohue, Esquire
      Michelle D. Coburn, Esquire
      Attorney I.D. No. 15654/62987
      1800 One Liberty Place
      Philadelphia, PA 19103-7395
      (215) 864-7037/6355
      *Attorney for Defendant,*
      *Signode Corporation*

Dated: October 17, 2003

# CERTIFICATE OF SERVICE

I, Michelle D. Coburn, Esquire, hereby certify that I have served the attached Defendant's Pretrial Disclosures on this date to be served via United States First Class Mail upon the parties listed below:

>Rosemary Pinto, Esquire
>Feldman & Pinto, P.C.
>1604 Locust Street, 2R
>Philadelphia, PA   19103

**WHITE AND WILLIAMS LLP**

By: _____
Michelle D. Coburn, Esquire
Attorney I.D. No. 62987
1800 One Liberty Place
Philadelphia, PA 19103-7395
(215) 864-7037/6355
*Attorney for Defendant,*
*Signode Corporation*

Dated:  October 17, 2003