IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDERICK KERNER and | : | CIVIL ACTION |
| LINDA DIANE KERNER, h/w | : | |
| | : | |
| v. | : | 02-CV-4728 |
| | : | |
| SIGNODE CORPORATION | : | |

## DEFENDANT'S SUPPLEMENTAL PRETRIAL DISCLOSURES

**A.   WITNESS LIST**

Suzanna Show, U.S. Steel Corporation

                                    **WHITE AND WILLIAMS LLP**

                By: _____
                      James J. Donohue, Esquire
                      Michelle D. Coburn, Esquire
                      Attorney I.D. No. 15654/62987
                      1800 One Liberty Place
                      Philadelphia, PA 19103-7395
                      (215) 864-7037/6355
                      *Attorney for Defendant,*
                      *Signode Corporation*

Dated:  November 5, 2003

## CERTIFICATE OF SERVICE

I, Michelle D. Coburn, Esquire, hereby certify that I have served the attached Defendant's Pretrial Disclosures on this date to be served via facsimile and United States First Class Mail upon the parties listed below:

>Rosemary Pinto, Esquire
>Feldman & Pinto, P.C.
>1604 Locust Street, 2R
>Philadelphia, PA   19103

**WHITE AND WILLIAMS LLP**

By: _____
Michelle D. Coburn, Esquire
Attorney I.D. No. 62987
1800 One Liberty Place
Philadelphia, PA 19103-7395
(215) 864-7037/6355
*Attorney for Defendant,*
*Signode Corporation*

Dated: November 5, 2003